| **Fill in this information to identify your case:** | | | |
|---|---|---|---|
| Debtor 1 | **Daniel Malcolm Blevins** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Angela Michelle Blevins** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TENNESSEE | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7          12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1:   List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **American Honda Finance**<br><br>Description of property securing debt: **2019 Honda Ranger 4-wheeler** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]:<br>_____ | ■ No<br><br>☐ Yes |
| Creditor's name: **Bank Of Dade**<br><br>Description of property securing debt: **2019 Chevrolet Silverado 23k miles** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]:<br>_____ | ■ No<br><br>☐ Yes |
| Creditor's name: **Bank Of Dade**<br><br>Description of property: **1953 Chevrolet uknown miles broken down, purchased to restore** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |

Official Form 108         **Statement of Intention for Individuals Filing Under Chapter 7**         page 1

Debtor 1  **Daniel Malcolm Blevins**
Debtor 2  **Angela Michelle Blevins**                                    Case number (*if known*)

securing debt:

| Creditor's name: | **Bank Of Dade** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | **1056 Old Deer Head Cove Road Rising Fawn, GA 30738  Dade County** | | |

| Creditor's name: | **Bank Of Dade** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | **Farm Equipment - Tractor, Auger, etc.** | | |

| Creditor's name: | **Bank Of Dade** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | **2019 Chevrolet Tahoe 18k miles** | | |

| Creditor's name: | **Bank Of Dade** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | **2004 Georgia Boy Landau Series M-3425DS** | | |

| Creditor's name: | **Chattanooga First Federal Credit Union** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | **2016 Seaark V-Cat 200 & 2016 Tandem 20 Ft. Trailer** | | |

| Creditor's name: | **Chattanooga First Federal Credit Union** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | **2012 Dodge Ram 3500 170k miles** | | |

| Creditor's name: | **Chattanooga First Federal Credit** | ☐ Surrender the property. | ☐ No |
|---|---|---|---|

| Debtor 1 | **Daniel Malcolm Blevins** | | |
|---|---|---|---|
| Debtor 2 | **Angela Michelle Blevins** | Case number (*if known*) | |

| | | | |
|---|---|---|---|
| name: | **Union** | ☐ Retain the property and redeem it. | ■ Yes |
| Description of property securing debt: | **1056 Old Deer Head Cove Road Rising Fawn, GA 30738  Dade County** | ■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | |
| Creditor's name: | **Kubota Credit Corp** | ☐ Surrender the property.<br>☐ Retain the property and redeem it. | ■ No |
| Description of property securing debt: | **zero turn Lawnmower** | ■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ Yes |
| Creditor's name: | **Performance Finance** | ☐ Surrender the property.<br>☐ Retain the property and redeem it. | ☐ No |
| Description of property securing debt: | **2018 Indian Chieftan** | ■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ Yes |
| Creditor's name: | **Syncb/Polaris Consumer** | ☐ Surrender the property.<br>☐ Retain the property and redeem it. | ■ No |
| Description of property securing debt: | **2018 Polaris XP1000 razor** | ☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: **surrender co-signed interest** | ☐ Yes |

**Part 2:   List Your Unexpired Personal Property Leases**

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| **Describe your unexpired personal property leases** | **Will the lease be assumed?** |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name: | ☐ No |

| Debtor 1 | **Daniel Malcolm Blevins** |
|---|---|
| Debtor 2 | **Angela Michelle Blevins** |

Case number (*if known*)

Description of leased Property:  ☐ Yes

Lessor's name:  ☐ No
Description of leased Property:  ☐ Yes

Lessor's name:  ☐ No
Description of leased Property:  ☐ Yes

**Part 3:    Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X  **/s/ Daniel Malcolm Blevins**          X  **/s/ Angela Michelle Blevins**
   **Daniel Malcolm Blevins**                 **Angela Michelle Blevins**
   Signature of Debtor 1                       Signature of Debtor 2

Date  **March 31, 2020**                    Date  **March 31, 2020**

Official Form 108    **Statement of Intention for Individuals Filing Under Chapter 7**    page 4