

**SO ORDERED.**
**SIGNED this 26th day of October, 2023**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

/s/ Shelley D. Rucker
Shelley D. Rucker
CHIEF UNITED STATES BANKRUPTCY JUDGE

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case #: 20-11243 SDR |
| **Daniel Malcolm Blevins** | ) | Chapter 13 |
| **Angela Michelle Blevins** | ) | |
| Debtor(s) | ) | |

**ORDER TO APPROVE SETTLEMENT OF WORKERS' COMPENSATION AND DISTRIBUTION OF PROCEEDS**

The court having considered the Motion of Debtor to Approve Compromise and Settlement and Distribution of Proceeds of the workers' compensation claim, there being no objections and there being sufficient reason appearing to the Court for the entry of this Order, it is hereby,

ORDERED, the settlement reached in the amount of $360,000.00 is hereby approved. It is,

ORDERED, that attorney, Tommy Goddard is allowed attorney fees in the amount of $83,507.12 and expenses in the amount of $2,992.88 and John McCown is allowed attorney fees in

the amount of $1,000.00, and is further authorized to deduct and retain said amount from the settlement proceeds. It is further,

ORDERED, that attorney Tommy Goddard is authorized to disburse the remaining proceeds to the Debtor in the amount of $272,500.00 less $450.00 representing one week overpayment following approval of the settlement.   It is further,

ORDERED that upon entry of this ORDER, Debtors will pay off the remaining balance of his chapter 13 case in full upon receipt of payoff amount from the Trustee and receive their discharge.

# # #

APPROVED FOR ENTRY:


By:/s/W. Thomas Bible, Jr.
W. Thomas Bible, Jr.  TN BPR 014754
6918 Shallowford Road, Suite 100
Chattanooga, TN  37421
(423)424-3116
(423) 443-4888  fax
tom@tombiblelaw.com