**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION**

In re:  DANIEL MALCOLM BLEVINS xxx-xx-2820        Case No. 20-11243 SDR
      ANGELA MICHELLE BLEVINS xxx-xx-8930        Chapter 13

      Debtor(s)

### Certificate of Final Payment

The Chapter 13 Trustee hereby certifies that the Debtor(s) have completed all payments required under their confirmed Chapter 13 plan. A Final Report shall be filed by the Chapter 13 Trustee once all outstanding disbursements have cleared and/or been canceled.

    s/ Kara L. West
    Kara L. West (TN No. 25744)
    Chapter 13 Standing Trustee
    PO Box 511
    Chattanooga, TN   37401
    (423) 265-2261

### CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2023, a copy of the Certificate of Final Payment was served on those listed below as indicated:

**Via electronic case noticing:**

W THOMAS BIBLE JR ESQ – ECF
US Trustee – ECF
Bankruptcy Court – ECF

**Via U.S. First Class mail, postage prepaid, to the following entities at the addresses listed:**

DANIEL MALCOLM BLEVINS
ANGELA MICHELLE BLEVINS
1056 OLD DEER HEAD COVE ROAD
RISING FAWN, GA 30738

    s/ Kara L. West w/permission by DRJ (35)
    Chapter 13 Trustee
    P.O. Box 511
    Chattanooga, TN 37401-0511
    (423) 265-2261